UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20311-KMW

UNITED STATES OF AMERICA

vs.

FRANCISCO TEODORO TAVAREZ MENDEZ,
    a/k/a "Kiko," and
PEDRO JUAN DOMINGUEZ,
    a/k/a "Perucho,"

        Defendant.
_____/

## NOTICE OF APPEARANCE

Assistant United States Attorney Jorge R. Delgado appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:   *s/ Jorge R. Delgado*
      Jorge R. Delgado
      Assistant United States Attorney
      Florida Bar No. 084118
      U.S. Attorney's Office
      500 E. Broward Blvd., Suite 700
      Fort Lauderdale, FL 33394
      Telephone: (954) 660-5954
      E-mail: Jorge.Delgado2@usdoj.gov