UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20311-KMW

UNITED STATES OF AMERICA,

vs.

FRANCISCO TEODORO TAVAREZ MENDEZ, and
PEDRO JUAN DOMINGUEZ,

              **Defendants.**
_____/

## NOTICE OF REASSIGNMENT

The UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby gives notice that Assistant United States Attorney Kevin Gerarde has been assigned as counsel in the above captioned case. All correspondence, pleadings and notices should be directed to the undersigned counsel.

            Respectfully submitted,

            MICHAEL S. DAVIS
            ACTING UNITED STATES ATTORNEY

      By: s/ Kevin D. Gerarde
           KEVIN D. GERARDE
           ASSISTANT UNITED STATES ATTORNEY
           Florida Bar No. 113844
           11200 NW 20th Street, Suite 101
           Miami, Florida 33172
           Tel: (305) 715-7648/7655
           Fax: (305) 715-7639
           Email: Kevin.Gerarde@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that on January 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                By: s/ Kevin D. Gerarde  
                                     KEVIN D. GERARDE  
                                     Assistant United States Attorney