# MINUTE ORDER

Page 3

## Magistrate Judge Edwin G. Torres

| King Building Courtroom 10-5 | Date: 8/22/25 | Time: 1:30 p.m. |

**Defendant:** Francisco Teodoro Tavarez Mendez   **J#:** 03963-512   **Case #:** 24-CR-20311-WILLIAMS

**AUSA:** Kevin Gerard   **Attorney:**

**Violation:** Consp to Distribute Cocaine Intending, Knowing, and Having Reasonable cause to Believe that it would be Unlawfully Imported into The U.S. Consp to Import Cocaine into the U.S. Consp to PWID Cocaine.

**Surr/Arrest Date:** 08/21/25   **YOB:** 1963

**Proceeding:** Initial Appearance   **CJA Appt:** Matthew P. Meyers, Esq.

**Bond/PTD Held:** ☐ Yes ☐ No   **Recommended Bond:** Pretrial Detention

**Bond Set at:**   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

**Language:** Spanish

**Disposition:**
Defendant advised of rights and charges.
Defendant sworn.
Defendant Ore Tenus Motion for Appointed Counsel-GRANTED
CJA-Appointed.
Government's Ore Tenus Motion for Pretrial Detention Hearing-GRANTED

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:**
**PTD/Bond Hearing:** 08/27/25   10:00am   Duty   Miami
**Prelim/Arraign or Removal:** 08/27/25   10:00am   Duty   Miami
**Status Conference RE:**
**D.A.R.** 13:59:59   **Time in Court:** 5 Mins

s/Edwin G. Torres   Magistrate Judge