# MINUTE ORDER

Page 1

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor        Date: 8/27/25        Time: 1:00 p.m.

Defendant: Francisco T. Tavarez Mendez        J#: 03963-512        Case #: 24-cr-20311-Williams
AUSA: Kevin Gerarde        Attorney: Matthew P. Meyers (CJA)
Violation: Conspiracy to Distribute Cocaine Intending, Knowing and having Reasonable Cause to Believe that it would be Unlawfully Imported into the U.S.        Surr/Arrest Date:        YOB:

Proceeding: Arraignment/Pretrial Detention Hearing        CJA Appt:
Bond/PTD Held: ☐ Yes  ☑ No        Recommended Bond: Temp Ptd
Bond Set at:        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
*Brady order NOT given*

- Stip PTD w/right to revisit

- Deft is trying to retain private counsel.

- Deft's ore tenus motion to continue the Arraignment is GRANTED

Time from today to 9/5/25 excluded from Speedy Trial Clock

NEXT COURT APPEARANCE        Date:        Time:        Judge:        Place:
Report RE Counsel:        9/5
PTD/Bond Hearing:        10:00    Dutty    Miami
Prelim/Arraign or Removal: 9/5
Status Conference RE:
D.A.R. 13:11:16        Time in Court: 2 minutes

s/Lisette Marie Reid        Magistrate Judge