AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cr-20311-KMW-1 |
| FRANCISCO TEODORO TAVAREZ MENDEZ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRANCISCO TEODORO TAVAREZ MENDEZ.

Date: 08/29/2025

/S/ Genesis A. Peduto
*Attorney's signature*

GENESIS A. PEDUTO
*Printed name and bar number*
1373 BROAD STREET, SUITE 201
CLIFTON, NJ 07013

*Address*

GPEDUTOESQ@AOL.COM
*E-mail address*

(201) 868-2240
*Telephone number*

(201) 868-2292
*FAX number*