UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)

Case No. 1:24-cr-20311-KMW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

FRANCISCO TEODORO TAVAREZ MENDEZ,

       Defendant.

_____/

## NOTICE OF ATTORNEY APPEARANCE

Carlos J. Andreu Collazo, Esq., of the law firm of Greenberg Traurig, P.A., hereby files this Notice of Appearance ("Notice"), for Defendant, Francisco Teodoro Tavarez Mendez, in the above-styled matter.

Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Dated: September 4, 2025                             Respectfully submitted,

                                                      **GREENBERG TRAURIG, P.A.**
                                                      333 S.E. 2nd Avenue, Suite 4400
                                                      Miami, Florida 33131
                                                      Telephone: (305) 579-0500
                                                      Facsimile: (305) 579-0717

                                                      By: _____Carlos J. Andreu Collazo_____
                                                         CARLOS J. ANDREU COLLAZO
                                                         Florida Bar No. 1041252
                                                         Email: Carlos.Andreu@gtlaw.com
                                                                       orizondol@gtlaw.com
                                                                       MiaLitDock@gtlaw.com

                                                      *Attorneys for the Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of September, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Carlos J. Andreu Collazo*
Carlos J. Andreu Collazo