UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)

Case No. 1:24-cr-20311-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO TEODORO TAVAREZ MENDEZ,

    Defendant.
_____/

**NOTICE OF ATTORNEY APPEARANCE**

Benjamin G. Greenberg, Esq., of the law firm of Greenberg Traurig, P.A., hereby files this Notice of Appearance ("Notice"), for Defendant, Francisco Teodoro Tavarez Mendez, in the above-styled matter.

Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Dated: September 4, 2025                   Respectfully submitted,

                                                **GREENBERG TRAURIG, P.A.**
                                                333 S.E. 2nd Avenue, Suite 4400
                                                Miami, Florida 33131
                                                Telephone: (305) 579-0500
                                                Facsimile: (305) 579-0717

                                                By: /s/ *Benjamin G. Greenberg*
                                                   BENJAMIN G. GREENBERG
                                                   Florida Bar No.  192732
                                                   Email:  Greenbergb@gtlaw.com
                                                                   fernandezfe@gtlaw.com
                                                                   MiaLitDock@gtlaw.com

                                                *Attorneys for the Defendant*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of September, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Benjamin G. Greenberg*
BENJAMIN G. GREENBERG