UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:24-cr-20311-KMW-1

UNITED STATES OF AMERICA

v.

FRANCISO TEODORO TAVAREZ MENDEZ

              **Defendant**

_____

## NOTICE OF WITHDRAWAL OF REPRESENTATION

PLEASE TAKE NOTICE that the undersigned attorney, Genesis A. Peduto, Esq., hereby withdraws as counsel of record for Defendant Francisco Teodoro Tavarez Mendez in the above-captioned matter.

The undersigned previously entered an appearance on August 29, 2025. This withdrawal is respectfully submitted to update the record and ensure that all future filings and notices are directed appropriately.

Respectfully submitted,                                        Date: 09/09/2025

/S/ Genesis A. Peduto
**GENESIS A. PEDUTO, ESQ.**
**1373 Broad Street, Suite 201**
**Clifton, NJ 07013**
**Telephone: (201) 868-2240**
**Facsimile:  (201) 868-2292**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Notice of Withdrawal of Representation was served via CM/ECF upon all counsel of record.

/s/ Genesis A. Peduto
Genesis A. Peduto, Esq.

Dated: September 4, 2025