UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)

Case No. 1:24-cr-20311-KMW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FRANCISCO TEODORO TAVAREZ MENDEZ,

      Defendant.

_____/

**NOTICE OF ATTORNEY APPEARANCE**

    John Patrick Keller, Esq., of the law firm of Greenberg Traurig, P.A., hereby files this Notice of Appearance ("Notice"), for Defendant, Francisco Teodoro Tavarez Mendez, in the above-styled matter.

    Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Dated: September 4, 2025.                    Respectfully submitted,

                                                   **GREENBERG TRAURIG, P.A.**
                                                   333 S.E. 2nd Avenue, Suite 4400
                                                   Miami, FL 33131
                                                   Telephone: 305-579-0500
                                                    Facsimile:  305-579-0717

                                                 By: */s/ John Patrick Keller*
                                                      JOHN PATRICK KELLER
                                                      Florida Bar No. 1035320
                                                      Email: Jack.Keller@gtlaw.com
                                                               Collazoe@gtlaw.com
                                                               MiaLitDock@gtlaw.com

                                                 *Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of September 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

                          By: */s/ John Patrick Keller*
                              JOHN PATRICK KELLER