# COURT MINUTES

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**   Date: 9/5/25   Time: 10:00 a.m.

Defendant: Francisco T. Tavarez Mendez   J#: 03963-512   Case #: 24-20311-CR-WILLIAMS

AUSA: _____   Attorney: _____

Violation: CONSP/DIST/IMPORT/PWID COCAINE

Proceeding: REPORT RE: COUNSEL/ARRAIGNMENT   CJA Appt: _____

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond: _____

Bond Set at: PTD (stip)   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
*Brady Order given
*DE [51] Motion to withdraw by Genesis Peduto is **GRANTED**. Court accepts Permanent Appearance from Carlos Collazo, Benjamin Greenberg &, John Patrick Keller, Esq. [DE 49, 50 & 52] as to defendant.

**Defendant Arraigned.** Defense Ore Tenus request to enter Standing Discovery Order – **GRANTED.** *All further proceedings before Judge Williams.*

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. **10:06:41**   Time in Court: **4 mins**