**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-CR-20311-WILLIAMS

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**FRANCISCO TAVAREZ MENDEZ,**

   Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
TRIAL AND AMEND RELATED DEADLINES**

      Defendant Francisco Tavarez Mendez ("Tavarez Mendez"), by and through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12 and the Court's Scheduling Order [D.E. 58], respectfully files this Unopposed Motion to Continue Trial and Amend Related Deadlines (the "Motion"), and requests that the Court continue the trial and extend all related deadlines by ninety (90) days. The Government does not oppose this requested continuance. In support thereof, Tavarez Mendez states as follows:

      1.    On July 24, 2024, the Grand Jury charged Tavarez Mendez by Indictment with conspiracy to distribute cocaine, conspiracy to import cocaine, and conspiracy to possess with intent to distribute cocaine. [D.E. 1].

      2.    On August 22, 2025, Tavarez Mendez made his initial appearance in the matter, [D.E. 37], and he was subsequently arraigned on September 5, 2025. [D.E. 57].

      3.    On September 9, 2025, the Court entered the Order Setting Pre-Trial Schedule and Procedures, which set this matter for trial during the two-week trial period beginning on November 3, 2025. [D.E. 58].

4. Since receiving partial discovery, Tavarez Mendez and the Government have been engaged in discussions regarding a potential plea agreement. These discussions remain ongoing, and the parties require additional time to finalize them.

5. As such, undersigned counsel respectfully requests a ninety (90) day continuance of the jury trial and all related deadlines.

6. Undersigned counsel also respectfully requests that the Court find that the ends of justice served by granting the continuance outweigh the best interests of the public and Tavarez Mendez in a speedy trial. Specifically, the continuance will allow the Defendant, his counsel, and the government to continue plea negotiations based on a thorough analysis of the factual and legal issues present in the case. *See* 18 U.S.C. § 3161(h)(7).

7. Undersigned counsel has conferred with the Government on the relief requested in this Motion, and the United States does not object to it.

8. This request for continuance is not for purposes of delay, but so justice may occur. A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible or result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

## **WAIVER OF SPEEDY TRIAL**

9. Tavarez Mendez, by and through his undersigned counsel, hereby waives his right to a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from October 21, 2025, through and including the next scheduled trial date.

## **PRAYER FOR RELIEF**

For the reasons stated above, Defendant respectfully requests this Court enter the proposed Order, attached as Exhibit 1, granting his *Unopposed Motion to Continue the Trial and Amend Related Deadlines* and enter an Amended Scheduling Order resetting the trial for February 2026.

Dated: October 21, 2025               Respectfully Submitted,


                                                 */s/ Benjamin G. Greenberg*
                                                 BENJAMIN G. GREENBERG

                                               **GREENBERG TRAURIG, P.A.**
                                               333 S.E. 2nd Avenue, Suite 4400
                                               Miami, Florida 33131
                                               Telephone: (305) 579-0500
                                               Facsimile: (305) 579-0717
                                               **BENJAMIN G. GREENBERG**
                                               Florida Bar No. 192732
                                               greenbergb@gtlaw.com
                                               **CARLOS J. ANDREU COLLAZO**
                                               Florida Bar No. 1041252
                                               Carlos.Andreu@gtlaw.com
                                               **JOHN PATRICK KELLER**
                                               Florida Bar No. 1035640
                                               FLservice@gtlaw.com
                                               orizondol@gtlaw.com
                                               fernandezfe@gtlaw.com

                                               ***Attorneys for Francisco Tavarez Mendez***


## CERTIFICATE OF CONFERENCE

    I hereby certify that on October 21, 2025, I conferred with Assistant United States Attorney, Kevin Gerarde, regarding the requested relief sought herein. He indicated that the Government does not oppose the relief sought in the Motion.


                                               */s/ Benjamin G. Greenberg*
                                               BENJAMIN G. GREENBERG


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on October 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                               */s/ Benjamin G. Greenberg*
                                               BENJAMIN G. GREENBERG