**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-CR-20311-WILLIAMS

**UNITED STATES OF AMERICA,**

v.

**FRANCISCO TAVAREZ MENDEZ,**

   Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE**
**TRIAL AND AMEND RELATED DEADLINES**

Defendant Francisco Tavarez Mendez ("Tavarez Mendez"), by and through undersigned counsel and pursuant to Fed. R. Crim. P. 12 and the Court's Scheduling Order [ECF No. 58], respectfully files this Unopposed Motion to Continue Trial and Amend Related Deadlines (the "Motion"), and requests this Court to continue the trial and extend all related deadlines by thirty (30) days. The government does not oppose this Motion. In support thereof, Defendant states:

1. On July 24, 2024, the Grand Jury charged Tavarez Mendez by Indictment with conspiracy to distribute cocaine, conspiracy to import cocaine, and conspiracy to possess with intent to distribute cocaine. [ECF No. 1].

2. On August 22, 2025, Tavarez Mendez made his initial appearance in the matter, [ECF No. 37], and he was subsequently arraigned on September 5, 2025. [ECF No. 57]. He remains in pretrial custody.

3. On September 9, 2025, the Court entered the Order Setting Pre-Trial Schedule and Procedures. [ECF No. 58].

4. Since receiving the government's partial discovery, Tavarez Mendez and the government have been engaged in discussions regarding a potential plea agreement.

5.       Accordingly, on October 23, 2025, this Court granted the Parties' first request to continue the trial and moved the trial to January 12, 2026. [ECF No. 72].

6.       The Parties' discussions regarding a plea agreement have been fruitful, but they are not fully complete. Therefore, Tavarez Mendez requests a thirty (30) day continuance to finalize these details, including the factual proffer and forfeiture component of the plea agreement.

7.       Undersigned counsel also respectfully requests this Court find that justice is served by granting the thirty (30) continuance, and that it outweighs the best interests of the public and Tavarez Mendez in a speedy trial. Specifically, the continuance will allow the Defendant and the government to continue plea negotiations based on a thorough analysis of the factual and legal issues present in the case. *See* 18 U.S.C. § 3161(h)(7).

8.       This request for continuance is not for purposes of delay. Specifically, if the Court fails to grant this brief continuance, "the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice" *See* 18 U.S.C. § 3161(h)(7)(B)(i). Further, due to this case's complex nature, the multiple defendants, and various questions of facts and law, "it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section." *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

9.       Undersigned counsel has conferred with the government, and the United States does not oppose the motion.

## WAIVER OF SPEEDY TRIAL

10.       Tavarez Mendez, by and through his undersigned counsel, hereby waives his right to a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from December 29, 2025, through and including the next scheduled trial date.

Dated: December 29, 2025                                  Respectfully Submitted,

                                              */s/ Carlos J. Andreu Collazo*
BENJAMIN G. GREENBERG
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
**BENJAMIN G. GREENBERG**
Florida Bar No. 192732
greenbergb@gtlaw.com
**CARLOS J. ANDREU COLLAZO**
Florida Bar No. 1041252
Carlos.Andreu@gtlaw.com
**JOHN PATRICK KELLER**
Florida Bar No. 1035640
Jack.Keller@gtlaw.com
FLservice@gtlaw.com
orizondol@gtlaw.com
fernandezfe@gtlaw.com

***Attorneys for Francisco Tavarez Mendez***

## **CERTIFICATE OF CONFERENCE**

I hereby certify that, on December 29, 2025, I conferred with Assistant United States Attorney, Kevin Gerarde, regarding the requested relief sought herein. The government does not oppose the relief sought in the Motion.

                                              */s/ Benjamin G. Greenberg*
BENJAMIN G. GREENBERG

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and also certify that the foregoing document is being served this day on all counsel of record.

                                              */s/ Carlos J. Andreu-Collazo*
CARLOS J. ANDREU COLLAZO