# EXHIBIT 1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20311-WILLIAMS

**UNITED STATES OF AMERICA,**

v.

**FRANCISCO TAVAREZ MENDEZ,**

  Defendant.

---

**ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL AND
<u>AMEND RELATED DEADLINES</u>**

**THIS CAUSE** came before the Court upon Tavarez Mendez's Unopposed Motion to Continue Trial and Amended Related Deadlines. The Court having considered the Motion and being otherwise duly advised in the premises, it is hereby ORDERED:

1. The Motion [ECF No. 73] is **GRANTED**.

2. The trial of this matter and all related deadlines are continued for thirty (30) days as to Francisco Tavarez Mendez.

**DONE AND ORDERED** this ___ day of _____, 20____.

 

                                                    **KATHLEEN M. WILLIAMS**
                                                    **UNITED STATES DISTRICT JUDGE**