UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-20311-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

FRANCISCO TEODORO TAVAREZ MENDEZ,
    a/k/a "Kiko,"

        Defendant.
_____/

## NOTICE OF RE-ASSIGNMENT

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney is hereby

entering an appearance replacing Assistant United States Attorney Kevin Gerarde as lead counsel

in this matter.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:   *s/Lynn Kirkpatrick*
      LYNN KIRKPATRICK
      Assistant United States Attorney
      11200 NW 20th Street, Suite 101
      Miami, Florida 33172
      Telephone: (305) 715-7640
      Fax: (305) 715-7639
      Lynn.Kirkpatrick@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on January 9, 2026, I electronically filed this document with

the Clerk of the Court using CM/ECF.

*s/Lynn Kirkpatrick*
Lynn Kirkpatrick
Assistant United States Attorney
