**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20311-KMW**

UNITED STATES OF AMERICA

vs.

FRANCISCO TEODORO TAVAREZ MENDEZ,
     a/k/a "Kiko," and
PEDRO JUAN DOMINGUEZ,
     a/k/a "Perucho,"

       Defendants.

_____/

### UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT

The undersigned Assistant United States Attorney, Gabrielle Raemy Charest-Turken, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Jorge R. Delgado, is no longer counsel of record for the United States in this case.

          Respectfully submitted,

          JASON A. REDING QUIÑONES
          UNITED STATES ATTORNEY

By:    *s/ G. Raemy Charest-Turken*
       Gabrielle Raemy Charest-Turken
       Assistant United States Attorney
       Florida Bar No. 15939
       99 N.E. 4th Street, 7th Floor
       Miami FL, 33132-2111
       Telephone: (305) 961-9365
       E-mail:Gabrielle.Charest-Turken@usdoj.gov