**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-CR-20311-WILLIAMS

**UNITED STATES OF AMERICA,**

v.

**FRANCISCO TAVAREZ MENDEZ,**

   Defendant.

_____

**JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE**
**PRESENTENCE INVESTIGATION REPORT**

Plaintiff, United States of America, and Defendant, Francisco Tavarez Mendez ("Tavarez Mendez") (collectively, the "Parties"), by and through undersigned counsel, jointly move this Court for an extension of time to file objections to the pre-sentence investigation report ("PSI") in accordance with Federal Rule of Criminal Procedure 32(f). In support, the Parties state as follows:

1.      On May 18, 2026, the US Probation Office disclosed a draft of Defendant's PSI. *See* ECF 83.

2.      The Parties' objections to the PSI are due on June 1, 2026. *See* Fed. R. Crim. P. 32(f)(1) ("Within 14 days after receiving the presentence report, the parties must state in writing any objections. . .").

3.      Defendant's sentencing hearing is currently scheduled for June 22, 2026, at 2:00 P.M. *See* ECF 78.

4.      Defense counsel and the government have engaged in discussions regarding possible objections. The Parties' discussions to potentially resolve these objections are ongoing. The Parties respectfully request a brief extension of time to file objections, so counsel may

continue conferring.

5. Specifically, the Parties respectfully request an extension through June 15, 2026, to file any objections to the PSI, which will allow counsel sufficient time to finalize their discussions regarding Defendant's possible objections and potentially narrow the issues requiring resolution by the Court.

Dated: May 28, 2026

Respectfully Submitted,

*/s/ Carlos J. Andreu Collazo*
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
**BENJAMIN G. GREENBERG**
Florida Bar No. 192732
greenbergb@gtlaw.com
**CARLOS J. ANDREU COLLAZO**
Florida Bar No. 1041252
Carlos.Andreu@gtlaw.com
**JOHN PATRICK KELLER**
Florida Bar No. 1035640
Jack.Keller@gtlaw.com
orizondol@gtlaw.com
fernandezfe@gtlaw.com

***Attorneys for Francisco Tavarez Mendez***

## CERTIFICATE OF CONFERENCE

I hereby certify that, on May 28, 2026, I conferred with Assistant United States Attorney, Lynn Kirkpatrick, regarding the requested relief sought herein. The government joins the Defendant in the relief sought in this Motion.

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on May 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and also certify that the foregoing document is being served this day on all counsel of record.

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO

3