# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-CR-20311-WILLIAMS

**UNITED STATES OF AMERICA,**

v.

**FRANCISCO TAVAREZ MENDEZ,**

Defendant.

_____

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

**THIS CAUSE** came before the Court upon the Parties' Joint Motion for Extension of Time to File Objections to the Presentence Investigation Report (the "Motion"). The Court having considered the Motion and being otherwise duly advised in the premises, it is hereby **ORDERED**:

1. The Motion [ECF No. __] is **GRANTED**.

2. The Parties shall file objections to the Presentence Investigation Report (the "PSI") by June 15, 2026.

**DONE AND ORDERED** this ___ day of May 2026.

_____
**KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**