UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-CR-20311-WILLIAMS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FRANCISCO TAVAREZ MENDEZ,
    Defendant.

_____

ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO
THE PRESENTENCE INVESTIGATION REPORT

THIS CAUSE came before the Court upon the Parties' Joint Motion for Extension of Time to File Objections to the Presentence Investigation Report (the "Motion"). The Court having considered the Motion and being otherwise duly advised in the premises, it is hereby **ORDERED**:

1. The Motion [ECF No. 84] is **GRANTED**.

2. The Parties shall file objections to the Presentence Investigation Report (the "PSI") by June 15, 2026.

**DONE AND ORDERED** this ___ day of May 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE