**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

v.

**FRANCISCO TAVAREZ MENDEZ,**

    Defendant.

Case No. 24-CR-20311-WILLIAMS

**JOINT MOTION TO CONTINUE**
**DEFENDANT TAVAREZ MENDEZ'S SENTENCING HEARING**

Pursuant to Fed. R. Crim. P. 32 and 50, the United States of America (the "Government") and Defendant Francisco Tavarez Mendez ("Tavarez" and together, the "Parties"), by and through undersigned counsel, jointly file this Motion to Continue Tavarez's Sentencing Hearing (the "Motion"), which is currently scheduled for June 22, 2026. [ECF No. 78]. The Parties respectfully request the Court to continue the sentencing hearing and extend all related deadlines by at least thirty (30) days. In support thereof, the Parties state:

1.    On March 18, 2026, Tavarez changed his plea and submitted his guilty plea to Count I of the Indictment before the Court. [ECF Nos. 77, 78, 80]. The Court accepted Tavarez's guilty plea and formally set his sentencing hearing for June 22, 2026. *Id.*

2.    On May 18, 2026, the U.S. Probation Office disclosed a draft of Tavarez's Pre-Sentencing Investigation Report (the "PSR"). [ECF No. 83].

3.    On May 28, 2026, the Parties requested an extension of time for Tavarez to file objections to the PSR, which the Court granted on May 29, 2026. [ECF Nos. 84, 85].

4.    The Parties have engaged in meaningful discussions regarding possible objections to the PSR as well as additional underlying issues within Tavarez's safety valve statement.

5.    The Parties discussions, while fruitful, remain ongoing. As such, Parties

respectfully request a brief continuance of Tavarez's sentencing hearing, so the Parties may continue conferring and finalizing these outstanding issues.

6.      The Parties also respectfully request the Court find that justice is served by granting the continuance. Specifically, the continuance is not for purposes of delay, will allow the Parties to continue their discussions in compliance with Fed. R. Crim. P. 32 and 50, and will streamline the issues to be addressed at Tavarez's sentencing hearing.

7.      Undersigned counsel has conferred with the Government, and the Government joins in Defense Counsel's request to continue Tavarez's sentencing hearing.

Dated: June 11, 2026

Respectfully Submitted,

*/s/ Benjamin G. Greenberg*
BENJAMIN G. GREENBERG

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
**BENJAMIN G. GREENBERG**
Florida Bar No. 192732
greenbergb@gtlaw.com
**CARLOS J. ANDREU COLLAZO**
Florida Bar No. 1041252
Carlos.Andreu@gtlaw.com
**JOHN PATRICK KELLER**
Florida Bar No. 1035640
Jack.Keller@gtlaw.com
orizondol@gtlaw.com
fernandezfe@gtlaw.com

*Attorneys for Francisco Tavarez Mendez*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on June 11, 2026, I conferred with Assistant United States Attorney, Lynn Kirkpatrick, regarding the requested relief sought herein. The Government joins in the relief sought in the Motion.

*/s/ Benjamin G. Greenberg*
BENJAMIN G. GREENBERG