**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

v.

**FRANCISCO TAVAREZ MENDEZ,**

    Defendant.

Case No. 24-CR-20311-WILLIAMS

**ORDER ON JOINT MOTION TO CONTINUE**
**DEFENDANT TAVAREZ'S SENTENCING HEARING**

    **THIS CAUSE** came before the Court upon the United States of America's and Francisco Tavarez Mendez's Joint Motion to Continue Defendant Tavarez's Sentencing Hearing. Having considered the Motion and being otherwise duly advised in the premises, it is hereby **ORDERED**:

1. The Motion [ECF No. ___] is **GRANTED**.

2. The Defendant's Sentencing Hearing for Defendant Tavarez and all related deadlines are continued for at least thirty (30) days.

3. The Court will notify the Parties as to the rescheduled Sentencing Hearing date.

**DONE AND ORDERED** this ___ day of June, 2026.

_____
**KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**