UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

FRANCISCO TAVAREZ MENDEZ,

Defendant.

Case No. 24-CR-20311-WILLIAMS

## ORDER GRANTING JOINT MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

**THIS CAUSE** came before the Court upon the United States of America's and Francisco Tavarez Mendez's Joint Motion for an Additional Extension of Time to File Objections to the Presentence Investigation Report. Having considered the Motion and being otherwise duly advised in the premises, it is hereby **ORDERED**:

1. The Motion [ECF No. 90] is **GRANTED**.

2. The Defendant's deadline to file objections to the Presentence Investigation Report is continued until July 6, 2026.

**DONE AND ORDERED** this _16th_ day of June, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE