**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

v.

**FRANCISCO TAVAREZ MENDEZ,**

    Defendant.

Case No. 24-CR-20311-WILLIAMS

**JOINT MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE**
**OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

The United States of America (the "Government"), and Defendant, Francisco Tavarez Mendez ("Tavarez") (collectively, the "Parties"), by and through undersigned counsel, jointly request an additional extension of time to file objections to the pre-sentence investigation report ("PSI") in accordance with Federal Rule of Criminal Procedure 32(f). In support, the Parties state:

1.      The Parties respectfully and jointly request an extension through July 15, 2026 to file any objections to the PSI.

2.      Tavarez's sentencing hearing is currently scheduled for July 22, 2026. [ECF No. 89].

3.      On May 18, 2026, the U.S. Probation Office disclosed a draft of Tavarez's PSI [ECF No. 83].

4.      On June 16, 2026, the Court granted the Parties' second request for an extension for Tavarez to file objections to the PSI, which provided Tavarez with additional time to both confer with the government and file possible objections to the PSI until July 6, 2026. [ECF No. 91].

5.      Since the Court granted the Parties' second request for an extension of time, the Parties have continued to engage in meaningful discussions regarding objections to the PSI. In

fact, the Parties conferred as recently as June 26, 2026 and July 2, 2026, among other communications, and agreed to continue such discussions once defense counsel had discussed the substance of this conferral with Tavarez.

6.      As such, the Parties respectfully request an extension through July 15, 2026 to file any objections to the PSI, which will allow counsel sufficient time to finalize their discussions regarding Tavarez's objections and narrow the issues requiring resolution by the Court.

Dated: July 6, 2026                                              Respectfully Submitted,


                                                                */s/ Carlos J. Andreu Collazo*
                                                                CARLOS J. ANDREU COLLAZO


                                                                **GREENBERG TRAURIG, P.A.**
                                                                333 S.E. 2nd Avenue, Suite 4400
                                                                Miami, Florida 33131
                                                                Telephone: (305) 579-0500
                                                                Facsimile: (305) 579-0717
                                                                **BENJAMIN G. GREENBERG**
                                                                Florida Bar No. 192732
                                                                greenbergb@gtlaw.com
                                                                **CARLOS J. ANDREU COLLAZO**
                                                                Florida Bar No. 1041252
                                                                Carlos.Andreu@gtlaw.com
                                                                **JOHN PATRICK KELLER**
                                                                Florida Bar No. 1035640
                                                                Jack.Keller@gtlaw.com
                                                                orizondol@gtlaw.com
                                                                fernandezfe@gtlaw.com

                                                                ***Attorneys for Francisco Tavarez Mendez***

2

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on July 3, 2026, I conferred with Assistant United States Attorney, Lynn Kirkpatrick, regarding the requested relief sought herein. The government joins the Defendant in the relief sought in this Motion.

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and also certify that the foregoing document is being served this day on all counsel of record.

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO

3