**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

v.

**FRANCISCO TAVAREZ MENDEZ,**

    Defendant.

Case No. 24-CR-20311-WILLIAMS

**JOINT MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING AND REQUEST FOR AN ADDITIONAL EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

Pursuant to Fed. R. Crim. P. 32 and 50, the United States of America (the "Government"), and Defendant, Francisco Tavarez Mendez ("Tavarez") (collectively, the "Parties"), by and through undersigned counsel, jointly file this motion to continue Tavarez's Sentencing Hearing and request an additional extension of time to file objections to the Pre-sentence Investigation Report ("PSR") in accordance with Fed. R. Crim. P. 32(f). In support, the Parties state as follows:

1.    The Parties jointly and respectfully request the Court to continue the Sentencing Hearing and extend all related deadlines by at least thirty (30) days as well as extend the deadline for Tavarez to file any objections to the PSR through August 15, 2026.

2.    On March 18, 2026, Tavarez changed his plea and submitted his guilty plea to Count I of the Indictment before the Court [ECF No. 77, 78, 80]. The Court accepted Tavarez's guilty plea and formally set his Sentencing Hearing for June 22, 2026. *Id.*

3.    On May 18, 2026, the U.S. Probation Office disclosed a draft of Tavarez's PSR [ECF No. 83].

4.    On May 28, 2026, the Parties requested an extension of time for Tavarez to file objections to the PSR, which the Court granted on May 29, 2026 [ECF No. 84, 85].

5.      On June 10, 2026, the U.S. Probation Office circulated its first addendum to Tavarez's PSR [ECF No. 87].

6.      On June 11, 2026, the Court granted the Parties' Joint Motion to Continue Tavarez's Sentencing Hearing [ECF No. 88] and set the hearing for July 22, 2026 [ECF No. 89] to allow more time for the Government and Defense Counsel to engage in meaningful discussion regarding outstanding sentencing issues.

7.      These discussions, while fruitful, remain ongoing. Therefore, on July 6, 2026, the Parties jointly requested an additional extension of time to file objections to the PSR, which the Court granted on July 6, 2026 [ECF No. 92].

8.      Since the Court granted the additional extension, the Parties have engaged in meaningful discussions regarding objections to the PSR and other outstanding sentencing issues as recently as July 6th, July 9th, July 13th, and July 14th, among other communications.

9.      Now, the Parties respectfully request a brief continuance of Tavarez's Sentencing Hearing, all related deadlines, and an additional extension to file objections to the PSR as the Parties are finalizing and amicably working to resolve all outstanding sentencing issues.

10.      Undersigned counsel also respectfully requests this Court find that justice is served by granting the continuance of Tavarez's Sentencing Hearing. Specifically, the continuance is not for purposes of delay, will allow the Parties to continue their discussions in compliance with Fed. R. Crim. P. 32 and 50, and will streamline the issues to be addressed at sentencing.

11.      The Government joins in Defense Counsel's request to continue the Sentencing Hearing, extend all related deadlines, and extend the deadline to file objections to the PSR as it will allow counsel sufficient time to finalize their discussions regarding Tavarez's objections and narrow the issues requiring resolution by the Court.

Dated: July 14, 2026

Respectfully Submitted,

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
**BENJAMIN G. GREENBERG**
Florida Bar No. 192732
greenbergb@gtlaw.com
**CARLOS J. ANDREU COLLAZO**
Florida Bar No. 1041252
carlos.andreu@gtlaw.com
**JOHN PATRICK KELLER**
Florida Bar No. 1035320
jack.keller@gtlaw.com

***Attorneys for Francisco Tavarez Mendez***

## CERTIFICATE OF CONFERENCE

I hereby certify that, on July 14, 2026, I conferred with Assistant United States Attorney, Lynn Kirkpatrick, regarding the requested relief sought herein. The government joins the Defendant in the relief sought in this Motion.

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO

## CERTIFICATE OF SERVICE

I hereby certify that, on July 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and also certify that the foregoing document is being served this day on all counsel of record.

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO

3