# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**FRANCISCO TAVAREZ MENDEZ,**<br><br>   Defendant. | Case No. 24-CR-20311-WILLIAMS |

**ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING AND REQUEST FOR AN ADDITIONAL EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

**THIS CAUSE** came before the Court upon the United States of America's and Francisco Tavarez Mendez's Joint Motion to Continue Defendant's Sentencing Hearing and Request for an Additional Extension of Time to File Objections to the Presentence Investigation Report. Having considered the Motion and being otherwise duly advised in the premises, it is hereby **ORDERED**:

1. The Motion [ECF No. 94] is **GRANTED**.

2. The Defendant's Sentencing Hearing for Defendant Tavarez and all related deadlines are continued for at least thirty (30) days.

3. The Court will notify the Parties as to the rescheduled Sentencing Hearing date.

4. The Defendant's deadline to file objections to the Presentence Investigation Report is continued until August 15, 2026.

**DONE AND ORDERED** this ___ day of July, 2026.

_____
**KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**