**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

v.

**FRANCISCO TAVAREZ MENDEZ,**

Defendant.

Case No. 24-CR-20311-WILLIAMS

**UNOPPOSED MOTION TO FILE UNDER SEAL DEFENDANT FRANCISCO TAVAREZ MENDEZ'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT AND EXHIBITS THERETO**

Defendant, Francisco Tavarez Mendez ("Tavarez"), respectfully submits this Motion for Leave to File Under Seal his Objection to the Presentence Investigation Report (the "Objection"), and Exhibits 1 through 3 of the Objection, pursuant to Southern District of Florida Local Rule 5.4. In support of his request, Tavarez states as follows:

1. Tavarez intends to file his Objection under seal. The Objection includes discussion of the PSR, which is itself confidential and sealed. In addition, the Objection attaches as exhibits thereto Tavarez's Safety Valve Statements, which contain sensitive information regarding his role in the offense at issue and other related details. Accordingly, the Objection and its exhibits warrant protection from public disclosure under Southern District of Florida Local Rule 5.4, which permits parties to file documents under seal upon setting forth the basis "for departing from the policy that Court filings be public[.]"

2. While court filings are public by default, it is appropriate to seal documents in court filings and redact confidential material when the interest of the public to review the documents is outweighed by the interest in protecting confidential information. *See Chicago Tribune Co. v. Bridgestone/Firestone, Inc.,* 263 F.3d 1304, 1311 (11th Cir. 2001) (overruling district court's

denial of a motion for protective order and remanding for the court to apply good cause balancing standard). The party seeking documents to be sealed need only show good cause, which "requires the court to balance the public right of access against the party's interest to keep the information confidential." *Procaps S.A. v. Patheon Inc.,* No. 12-24356-CIV, 2013 WL 5928586, at *1 (S.D. Fla. Nov. 1, 2013). The Southern District of Florida Local Rules similarly require only a "factual and legal basis." *See* S.D. Fla. L.R. 5.4(b)(1).

3. Good cause and a reasonable basis exist to file the Objection and Exhibits 1 through 3 to the Objection under seal because they contain highly sensitive information about Tavarez, his role in the underlying offense, and other details related thereto, which should be protected from public disclosure.

4. Accordingly, Tavarez requests that the Court enter an order, a proposed version of which is attached hereto as **Exhibit A**, permitting Tavarez leave to file the Objection and its exhibits under seal.

**WHEREFORE**, Tavarez respectfully request that this Court grant his Motion to File Under Seal and any further relief as this Court deems just and proper.

Dated: August 17, 2026

Respectfully Submitted,

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
**BENJAMIN G. GREENBERG**
Florida Bar No. 192732
greenbergb@gtlaw.com
**CARLOS J. ANDREU COLLAZO**

Florida Bar No. 1041252
Carlos.Andreu@gtlaw.com
**JOHN PATRICK KELLER**
Florida Bar No. 1035640
Jack.Keller@gtlaw.com
orizondol@gtlaw.com
fernandezfe@gtlaw.com
***Attorneys for Francisco Tavarez Mendez***

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on August 17, 2026, I conferred with Assistant United States Attorney, Lynn Kirkpatrick, regarding the requested relief sought herein. The government joins the Defendant in the relief sought in this Motion.

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and also certify that the foregoing document is being served this day on all counsel of record.

*/s/ Carlos J. Andreu Collazo*
CARLOS J. ANDREU COLLAZO