# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 24-CR-20311-WILLIAMS

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO TAVAREZ MENDEZ,

Defendant.
_______________________________________/

**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** came before the Court upon Defendant Francisco Tavarez Mendez's Unopposed Motion for Leave to File Under Seal his Objection to the Presentence Investigation Report and Exhibits 1 through 3 of the Objection thereto (the "Motion to Seal"). The Court having considered the Motion to Seal and being otherwise duly advised in the premises, it is hereby ORDERED:

1. The Motion to Seal is **GRANTED**.

2. The Clerk of Court is directed to file under seal Defendant Francisco Tavarez Mendez's Objection to the Presentence Investigation Report and Exhibits 1 through 3 of the Objection thereto.

3. The information sealed pursuant to this Order shall remain under seal until further Order of this Court.

DONE AND ORDERED this ___th day of August, 2026.

_________________________________
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE