**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 24-CR-20311-WILLIAMS

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO TAVAREZ MENDEZ,

Defendant.
_______________________________________/

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** came before the Court upon Defendant Francisco Tavarez Mendez's Unopposed Motion for Leave to File Under Seal his Objection to the Presentence Investigation Report and Exhibits 1 through 3 of the Objection [ECF 98] thereto (the "Motion to Seal"). The Court having considered the Motion to Seal and being otherwise duly advised in the premises, it is hereby ORDERED:

1. The Motion to Seal is **GRANTED.**

2. The Clerk of Court is directed to file under seal Defendant Francisco Tavarez Mendez's Objection to the Presentence Investigation Report and Exhibits 1 through 3 of the Objection thereto.

3. The information sealed pursuant to this Order shall remain under seal until further Order of this Court.

DONE AND ORDERED this 19th day of August, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE