# Exhibit 1

To whom it may concern:

I write respectfully to support my father, Francisco Teodoro Tavárez Méndez, in the situation in which he finds himself.

Since childhood I have seen my father as a good and respectful man. He doesn't like bad actions, and I'm a witness to it, because he has always advised me to be a good man. Because of my bad decisions in life I made him sad and angry with me more than once.

My little sister misses him and needs him a lot, because she is the youngest of my brothers. I am very sorry that he grows up far away and with the absence of a human being as good as my father, of his advice and the affection that every child deserves to have from a father. In addition, he has always been an example for his siblings and a very attentive and loving son with his parents. I, as his eldest son, know and am convinced that the reasons that today have my father before this honorable court do not define values or him as the great human being that he is.

To conclude, I respectfully ask this court to take into account his repentance and the havoc this has caused on him and our entire family. I know that if they give him the opportunity, he can continue to contribute positively to society and our family.

Thank you for your time and understanding.

Respectfully,

Alan Francisco Tavarez Tavarez

Alan Tavarez