# Exhibit 2

June 7, 2026

Honorable Judge Williams:

My name is Edgardo Tavárez and I address you with the greatest respect to express a few words about my father, Francisco Teodoro Tavárez Méndez.

I know that you have an important responsibility to make decisions based on the law and the facts of this case. With humility, I ask you to also consider the impact that this situation has had on our family, especially on me and my brothers.

My father has been a very important person in my life and in the lives of many people who know him. He is a noble, kind man and a dedicated father. Despite the circumstances that affect us today, I still see him with the same love and admiration he felt when he was a child. He is someone I love deeply and whose absence has been very difficult for our whole family.

I wish you the opportunity to continue growing, learning from your mistakes and showing that you can continue to be a positive influence for those around you. As a father and now also as a grandfather, I know how much it means to our family. I can't wait for the day when my daughter can hug him again.

I sincerely ask you to take into account the efforts my father has made to improve as a person and to be a better father, grandfather and member of society. I also know that you have thought a lot about this situation and that you want to move forward in a positive way.

Thank you for taking the time to read these words and for considering my request. I deeply appreciate the work you do and the opportunity to express how important my father is to me and our family.

With respect,

Edgardo Tavárez