# Exhibit 3

Ranffi tavarez

Mi nombre es ranffi Tavarez, tengo 21 años, y escribo esta carta con mucho respeto para compartir lo que mi padre, Francisco Tavarez, significa para mí y el importante papel que ha desempeñado a lo largo de mi vida.

Mi padre es una de las personas más importantes de mi vida. Desde que tengo memoria, él siempre ha estado presente para mí. Ha sido un padre presente, amoroso, cariñoso y responsable. Siempre he sabido que soy amado por él y que puedo contar con él cuando lo necesite.

Para mi padre, yo fui un hijo muy deseado y especial. Él me deseó profundamente, y mi llegada a su vida fue algo muy especial para él. Saber que fui tan deseado y amado por mi padre siempre ha significado muchísimo para mí.

Para mí, mi papá es el mejor padre del mundo. Siempre ha estado presente para mí, no solamente en los momentos buenos, sino también cuando he necesitado su apoyo, sus consejos, su orientación o simplemente su presencia. Él siempre me ha hecho sentir amado, protegido, apoyado e importante durante toda mi vida.

Mi padre es una persona a quien admiro y respeto profundamente. Ha sido un ejemplo para mí por la manera en que me ha cuidado, por las responsabilidades que ha asumido y por el amor que me ha demostrado durante todos estos años. Muchos de los valores que tengo hoy han sido influenciados por el ejemplo que él me ha dado como padre.

Ahora que tengo 21 años, entiendo aún más lo importante que es tener un padre que haya estado presente y comprometido con tu vida. Al mirar hacia atrás, puedo reconocer y valorar los sacrificios que ha hecho por mí, los consejos que me ha dado y todos los momentos en los que ha estado a mi lado.

Me siento extremadamente agradecido y bendecido de tener a Francisco Tavarez como mi padre. La relación que tengo con él significa más para mí de lo que puedo expresar completamente con palabras. Él no es solamente mi padre; es una persona a quien amo profundamente, admiro, respeto y valoro muchísimo.

desde mi experiencia personal, mi padre siempre ha sido un padre amoroso, responsable y dedicado. Su presencia en mi vida ha hecho una diferencia muy importante, y sinceramente deseo poder seguir teniéndolo a mi lado y compartir con él muchos más años y momentos importantes de nuestras vidas.

Ranffi Tavarez

Ranffi Tavarez.