**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-20311-CR-WILLIAMS**

**UNITED STATES OF AMERICA,**

**vs.**

**FRANCISCO TAVAREZ MENDEZ,**

**Defendant.**
__________________________________/

# MOTION TO SEAL

**COMES NOW**, the United States of America, by and through its undersigned attorney, and respectfully requests that the Government's Response to the Defendant's Sealed Objections to the Presentence Investigation Report and Exhibits and any resulting Order be **SEALED** until further order of this court, excepting the United States Attorney's Office and counsel for the Defendant who may obtain copies, for the protection of sensitive information contained within both the Defendant's Objections filed under seal and the Government's response to those objections.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *s / Lynn M. Kirkpatrick*
LYNN M. KIRKPATRICK
Assistant United States Attorney
Court ID Number: A5500737
11200 NW 20th Street
Miami, Florida 33172
Tel: (305) 715-7640
Fax: (305) 715-7639
Lynn.Kirkpatrick@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on CM/ECF on August 25, 2026.

*s/ Lynn M. Kirkpatrick*
Lynn M. Kirkpatrick
Assistant United States Attorney