**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20311-CR-WILLIAMS**

**UNITED STATES OF AMERICA,**

**vs.**

**FRANCISCO TAVAREZ MENDEZ,**

**Defendant.**
________________________________/

**SEALING ORDER**

**THIS CAUSE** comes before the Court on the United States' Motion to Seal. Being fully advised and finding good cause, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Seal is **GRANTED** and the Government's Response to Defendant's Sealed Objections to The Presentence Investigation Report and Exhibits may be filed under Seal. The Government's Response and any resulting Order shall be **SEALED** until further order of the Court with the exception of copies provided to the United States Attorney's Office and defense counsel for the Defendant.

DONE AND ORDERED in Miami, Florida this _____ day of August, 2026.

________________________________
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: AUSA Lynn Kirkpatrick
Carlos Jose Andreu Collazo, Esq.