**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20311-WILLIAMS**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FRANCISCO TAVAREZ MENDEZ,

Defendant.
_______________________________________/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** Esteban Cardona, Esq. of the law firm of Greenberg Traurig, P.A. hereby serves this Notice of Appearance as counsel for Defendant Francisco Tavarez Mendez, in the above-styled matter. Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Dated: October 22, 2026

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: */s/ Esteban Cardona*
**ESTEBAN CARDONA**
Florida Bar No. 1069094
Esteban.cardona@gtlaw.com
MIALitDock@gtlaw.com

*Attorneys for Defendant Francisco Tavarez Mendez*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of October 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Esteban Cardona*
ESTEBAN CARDONA